INTERNATIONAL FLAVORS & FRAGRANCES, INC. v. DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF TREASURY, STATE OF NEW JERSEY.

March 4, 1985.

Petition for certification granted.

BARBARA LUKAS v. STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES.

March 4, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. FLOYD HATCHER.

March 4, 1985.

Petition for certification denied.

SHIRLEY ALPER v. BOARD OF TRUSTEES OF UNION COUNTY COLLEGE.

March 4, 1985.

Petition for certification denied.